UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIORDANO,

                Plaintiff,

  -v-

DIMITRI SOGOLOFF and HORTON POINT LLC,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6940 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 24). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, January 4, 2024 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
             December 26, 2023

                                        SO ORDERED.

                                        _/s/ Sarah L. Cave_
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**