UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIORDANO,

                Plaintiff,

-v-

DIMITRI SOGOLOFF and HORTON POINT LLC,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6940 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference with counsel only is scheduled for **Wednesday, January 24, 2024 at 4:00 pm** on the Court's conference line to discuss the status of the parties' exchange of information in furtherance of their settlement discussions. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           January 4, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge