UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIORDANO,

                Plaintiff,

-v-

DIMITRI SOGOLOFF and HORTON POINT LLC,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6940 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the parties' request, a telephone conference with <u>counsel only</u> is scheduled for **Thursday, February 29, 2024 at 11:00 am** on the Court's conference line to discuss the status of the parties' settlement discussions. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
          February 22, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge