UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIORDANO,

               Plaintiff,

-v-

DIMITRI SOGOLOFF and HORTON POINT LLC,

               Defendants.

CIVIL ACTION NO.: 23 Civ. 6940 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **April 15, 2024**, the parties shall file a joint letter reporting on the status of Defendants' compliance with the parties' settlement agreement (ECF No. 31).

Dated:    New York, New York
             March 25, 2024

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**