UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIORDANO,

              Plaintiff,

-v-

DIMITRI SOGOLOFF and HORTON POINT LLC,

              Defendants.

CIVIL ACTION NO.: 23 Civ. 6940 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **October 7, 2024**, the parties shall file a joint letter reporting on the status of Defendants' compliance with the parties' settlement agreement (ECF No. 31) and setting forth whether all settlement payments have been made.

Dated:     New York, New York
             September 4, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge