UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIORDANO,

                Plaintiff,

-v-

DIMITRI SOGOLOFF and HORTON POINT LLC,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6940 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 22, 2024, the Court entered a Stipulation and Order of Settlement and Dismissal, which states that the last of seven settlement payments would be made by October 1, 2024. (ECF No. 31 at 2). The Court stayed the case pending completion of all settlement payments. (Id. at 6). Twice thereafter, the Court ordered the parties to file a joint status letter regarding their compliance with the settlement agreement. (ECF Nos. 32; 33). The parties ignored both orders.

On or before **October 11, 2024**, the parties shall file a letter setting forth whether all settlement payments have been made. Failure to comply with this Order may result in sanctions.

Dated:    New York, New York
            October 8, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge